UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GERARDO RAMIREZ AND LETICIA OROZCO RAMIREZ,<br><br>　　　　Appellants,<br><br>　　v.<br><br>CALIFORNIA FRANCHISE TAX BOARD,<br><br>　　　　Appellee. | Case No. 20-cv-01870-JST<br><br>**ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED**<br><br>Re: ECF No. 3 |

Appellee California Franchise Tax Board (CFTB) has filed a "Notice of Related Case," ECF No. 3, pointing to an appeal of an order entered in the bankruptcy case underlying the instant proceedings, *see Ramirez v. Cal. Franchise Tax Bd.*, No. 20-cv-01873-JST. CFTB argues that the related case, which is already assigned to the undersigned, "involves the same parties and common legal issues" and suggests that "the cases may warrant consolidation to help reduce unnecessary duplication of judicial resources." ECF No. 3 at 1-2.

The Court now orders Appellants to show cause as to why the cases should not be consolidated pursuant to Federal Rule of Civil Procedure 42(a). Any opposition should be filed by April 29, 2020. If no opposition is filed by that date, the Court will consolidate the cases.

**IT IS SO ORDERED.**

Dated: April 15, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge